UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA

| | |
|---|---|
| MATTHEW KARGOL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OSKALOOSA COMMUNITY SCHOOL DISTRICT AND MICHAEL FISHER,<br><br>　　　　　Defendants. | 4:25-CV-00351-RGE-WPK<br><br><br>**ORDER REGARDING FINAL PRETRIAL CONFERENCE REQUIREMENTS** |

　　　　Pursuant to Fed. R. Civ. P. 16(e) and Local Rule 16.1, IT IS ORDERED that the following requirements for the final pretrial conference shall be met:

1. Counsel and any pro se parties shall appear before the judge identified in the Scheduling Order at the time and place set forth in the Scheduling Order, fully prepared to conduct the final pretrial conference.

2. The Magistrate Judge assigned to this case is available to schedule a settlement conference. The parties will be required to be personally present at settlement conferences. Counsel shall confer, and contact the office of the undersigned, if they wish to schedule a settlement conference.

3. Counsel and any pro se parties shall confer to prepare the **Final Pretrial Order**, in accordance with the attached form. The signed proposed final pretrial order must be submitted to the court at least **3 days** before the date of the final pretrial conference. It is the responsibility of plaintiff's counsel to prepare and file the proposed order, but if the plaintiff is pro se, the lawyer for the defendant shall be responsible to prepare and file the proposed order. Separate proposals from each party will not be accepted. Appropriate sanctions will be imposed pursuant to Fed. R. Civ. P. 16(f) for failure to comply with these requirements.

4. All motions under Fed. R. Evid. 104, Fed. R. Evid. 702, and any motions in limine shall be filed no less than **21 days** prior to the date of the final pretrial conference.

5. At least **3 days** before the final pretrial conference, the parties shall file:[1]

---

[1] Subsections (b-d) should be disregarded for non-jury trials.

    a)    Trial briefs;

    b)    Proposed voir dire questions;

    c)    A stipulated statement of the case to be read during jury selection; and

    d)    Joint written proposed jury instructions, verdict forms, and/or interrogatories and email a Word format version to the trial judge's judicial assistant – contact information is available on the Southern District of Iowa website. Each requested instruction, verdict form, and/or interrogatory shall be separately numbered, begin on a separate page, and be double-spaced. Disputed instructions on the same issue shall be identified, for example, as 5A for the plaintiff's submission and 5B for the defendant's submission. At the bottom of each proposed instruction, verdict form, and/or interrogatory, the parties must indicate the legal authority upon which it is based, such as a model instruction number, statute, regulation, decision, or other authority. All pattern instructions must be submitted in full text form with case-specific modifications, such as the name of a party or witness or alternative language applicable.

IT IS SO ORDERED.

DATED December 22, 2025.

                                                          _____  
                                                          William P. Kelly  
                                                          UNITED STATES MAGISTRATE JUDGE