**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| MATTHEW KARGOL,<br><br>Plaintiff,<br><br>v.<br><br>OSKALOOSA COMMUNITY SCHOOL DISTRICT and MICHAEL FISHER, in his individual capacity,<br><br>Defendants. | CASE NO. 4:25-cv-00351-RGE-WPK<br><br>**JOINT STATUS REPORT** |

Plaintiff Matthew Kargol and Defendants Oskaloosa Community School District and Michael Fisher jointly submit this Status Report pursuant to the Court's December 22, 2025 Order:

The parties are not requesting that the Court address any issues at this time. The parties continue to cooperate in conducting discovery, and no discovery disputes presently require the Court's intervention.

The current discovery deadline is August 21, 2026. While the parties are making good progress in discovery, they may require a modest extension of the discovery deadline, together with a corresponding extension of the dispositive motion deadline, to complete the remaining discovery. There is sufficient cushion in the current case schedule to accommodate such extensions without affecting the remaining case deadlines or the current trial date. If such an extension becomes necessary, the parties anticipate filing a joint motion requesting a limited extension.

Because there are no issues requiring the Court's attention at this time, the parties respectfully believe the August 3, 2026 status conference can be canceled.

*/s/ Nathan Borland*
Nathan Borland AT0011802
Chase Potter AT0016150
TIMMER, JUDKINS & BORLAND, P.L.L.C.
1415 28th Street, Suite 375
West Des Moines, Iowa 50266
Telephone: (515) 259-7462
Fax: (515) 361-5390
nate@tjb.law
chase@tjb.law
ATTORNEYS FOR PLAINTIFF

*/s/ Jason M. Craig*
Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: (515) 243-7611
Facsimile: (515) 243-2149
Email: jcraig@ahlerslaw.com
ATTORNEY FOR DEFENDANTS

4914-5887-8402-2\23260-136