IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MATTHEW KARGOL,<br><br>Plaintiff,<br><br>vs.<br><br>OSKALOOSA COMMUNITY SCHOOL DISTRICT and MICHAEL FISHER,<br><br>Defendants. | 4:25-cv-00351-RGE-WPK<br><br><br>ORDER CANCELING STATUS CONFERENCE |

The parties have notified the court via a Status Report [ECF No. 12] that they are requesting the upcoming status conference scheduled for August 3, 2026, at 9:00 AM be canceled. The Court treats this as a Motion to Cancel Status Conference. The parties have stated that they "continue to cooperate in conducting discovery, and no discovery disputes presently require the Court's intervention." ECF No. 12. Based on this information, the Court finds it appropriate to grant the Motion and cancel the August 3, 2026, status conference.

If future issues arise or if any party believes that it would be beneficial to hold a status conference or settlement conference, email: IASDCHMBWPK@iasd.uscourts.gov. If a status conference is requested, please indicate the request for a status conference in a filing on the docket. That parties shall indicate whether they anticipate the conference will take longer than 30-minutes and whether a court reporter should be present.

IT IS SO ORDERED.

Dated July 31, 2026.

Honorable William P. Kelly
U.S. Magistrate Judge